IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIUS LEE TURNER, | ) | No. C 06-6239 JSW (PR) |
| Petitioner, | )<br>)<br>) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| vs. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | )<br>)<br>) | (Docket no. 12) |
| Respondent. | ) | |

    Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254. This Court dismissed Petitioner's application for a writ of habeas corpus as a second or successive petition in an order dated May 21, 2007. Petitioner has filed a notice of appeal, which the Court construes as including a motion for a certificate of appealability ("COA") (docket no. 12).

    Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v.*

Case 3:06-cv-06239-JSW   Document 13   Filed 05/28/08   Page 2 of 3

*McDaniel*, 529 U.S. 473, 484-85 (2000).  Supreme Court jurisprudence "allows and encourages" federal courts to first resolve the procedural issue.  *Id.* at 485.

With regard to the issues before the Court, Petitioner has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Id.* at 484.  Accordingly, the request for a certificate of appealability is DENIED (docket no. 12).  The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit.  Petitioner may also seek a certificate of appealability from that court.  *See Asrar,* 116 F.3d at 1270.

IT IS SO ORDERED.

DATED: May 28, 2008

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey S. White*
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS L. TURNER,<br><br>         Plaintiff,<br><br>   v.<br><br>PEOPLE OF STATE OF CA et al,<br><br>         Defendant. | Case Number: CV06-06239 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julius Turner
E-49063
P.O. Box 5005
Calipatria, CA 92233

Dated: May 28, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk